**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

IN RE:

CYNTHIA L. MICKLES-EVANS                    CASE NO. 18-20633-PSH

       DEBTOR.                                         CHAPTER 13

                                             JUDGE PAMELA S. HOLLIS

_____

DISCOVER BANK,

       Plaintiff,                                     Adv. Proc. No.:

v.

CYNTHIA L. MICKLES-EVANS AKA
CYNTHIA L. MICKLES,

       Defendant.
_____

Now comes Discover Bank, by and through its attorney, Monette W. Cope, Esq., of

Weltman, Weinberg & Reis Co., LPA, and states as follows:

**<u>Jurisdiction and Venue</u>**

1        Defendant Cynthia L. Mickles-Evans AKA Cynthia L. Mickles is a debtor in the

voluntary Chapter 13 bankruptcy petition filed in this Court on July 24, 2018.

2.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, 151, and 157.

3.       Venue in this Court is proper pursuant to 28 U.S.C. § 1408.

4.       This matter is a Core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

### Facts Common to all Counts

5.      Plaintiff Discover Bank, issuer of the Discover credit card, offers revolving credit card accounts to individuals.

6.      Defendant is an individual consumer and the holder of a credit card account with Plaintiff, account number ending in -6168.

7.      Consumer customers agree to make monthly installment payments for purchases and cash advances plus pay applicable interest and fees under the credit card accounts.

8.      There is currently due and owing on Defendant's account the amount of $42,980.00.

9.      The Defendant incurred the following charges and Plaintiff financed said charges through the above-mentioned revolving credit card account between April 14, 2018 and July 24, 2018, before filing the bankruptcy petition. A summary of the transaction history is set forth below, and copies of the relevant account statements are attached hereto as Exhibits.

| Account Number | Date | Description | Amount |
|---|---|---|---|
| XXXX-XXXX-XXXX-6168 | 06-08 | LATE FEE | 27.00 |
| XXXX-XXXX-XXXX-6168 | 05-16 | YOGAOUTLET.COM 877-277-2795 CA | 146.94 |
| XXXX-XXXX-XXXX-6168 | 05-15 | TOG #1549 00015495140 BOLINGBROOK IL | 87.30 |
| XXXX-XXXX-XXXX-6168 | 05-15 | KOHL'S #0019 BOLINGBROOK IL | 213.59 |
| XXXX-XXXX-XXXX-6168 | 05-15 | GAMESTOP #4774 BOLINGBROOK IL | 67.48 |
| XXXX-XXXX-XXXX-6168 | 05-02 | COMED PAYMENT 800-334-7661 IL | 214.79 |
| XXXX-XXXX-XXXX-6168 | 04-24 | UNDER ARMOUR DIRECT VIRT 888-427-6687 MD | 42.50 |
| XXXX-XXXX-XXXX-6168 | 04-24 | UNDER ARMOUR DIRECT VIRT 888-427-6687 MD | 21.25 |
| XXXX-XXXX-XXXX-6168 | 04-23 | ZAP*ZAPPOS.COM 800-927-7671 NV | 148.74 |
| XXXX-XXXX-XXXX-6168 | 04-14 | BT TO CKING BANK OF AMERICA, NA **4652TI | 25,000.00 |
| XXXX-XXXX-XXXX-6168 | 04-14 | BAL TRANS FEE | 500.00 |
| XXXX-XXXX-XXXX-6168 | 04-14 | INTERNET PAYMENT - THANK YOU | -289.67 |
| XXXX-XXXX-XXXX-6168 | 04-14 | CASHBACK BONUS REDEMPTION PYMT/STMT CRDT | -47.33 |

### Count 1: Fraud, 11 U.S. Code § 523(a)(2)(A)

10.      Plaintiff hereby incorporates and reasserts Paragraphs 1-9 as if fully stated herein.

11.     Pursuant to 11 U.S.C. § 523(a)(2)(A), money, property, services, or an extension, renewal, or refinancing of credit are nondischargeable to the extent that they are obtained by false pretenses, a false representation, or actual fraud.

12.     Defendant obtained money, property, and/or services through an extension of credit advanced by the Plaintiff on the open-ended credit agreement.

14.     Defendant knowingly sought and obtained financing from Plaintiff with no intention to pay off the full balance of charges incurred.

15.     Defendant used her Discover card to transfer $25,000.00 to an account at Bank of America, N.A., on April 14, 2018.

16.     Defendant knew, or should have known, at the time of the transactions that she could not afford to repay Plaintiff, and in fact, could not afford to repay Plaintiff.

17.     Defendant, as such, falsely represented ability and intent to repay Plaintiff, and Plaintiff reasonably relied upon such representations to its detriment.

18.     The money, property, and/or services obtained by Defendant through the open-ended credit agreement and the credit advanced by the Plaintiff on the Account were obtained by Defendant's false representations, false pretenses, or actual fraud.

19.     Plaintiff has been damaged by the Defendant's fraudulent conduct in the form of an unpaid balance due and owing on the account.

20.     As such, Defendant's debt to Plaintiff is non-dischargeable pursuant to 11 U.S.C. 523(a)(2)(A).

### Count 2: Money Judgment

34.     Plaintiff hereby incorporates and reasserts Paragraph 1-33 as if fully stated herein.

35.     Upon a finding that the debt is nondischargeable, Plaintiff is entitled to a money

judgment, in the amount of $25,000.00.


**WHEREFORE**, Discover Bank prays for the entry of an order as follows:

i.   For an order declaring that the debt owed to Plaintiff by Defendant as set forth in the

Complaint is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A); and

iv.   For a judgment in favor of Plaintiff and against Defendant in the principal amount of

$25,000.00, and Plaintiff's costs expended; and

v.   For such other and further relief as this Court deems just.


Respectfully submitted:


By:  /s/ Monette W. Cope
Monette W. Cope
Weltman, Weinberg & Reis Co., L.P.A.
180 North LaSalle Street, Suite 2400
Chicago, IL 60601
Phone 312-253-9614
mcope@weltman.com
ARDC #6198913
Attorney for Plaintiff

**EXHIBITS**

# DISCOVER

**Discover it® Card**

Account number ending in 6168
Open Date  Apr 14, 2018- Close Date  May 13, 2018
Cardmember Since 2017

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $16,848 21 |
| Payments and Credits | - | $337 00 |
| Purchases | + | $427 28 |
| Balance Transfers | + | $25,000 00 |
| Cash Advances | + | $0 00 |
| Fees Charged | + | $500 00 |
| Interest Charged | + | $0 00 |
| New Balance | | $42,438.49 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $43,000 |
| Credit Line Available | $561 |
| Cash Advance Credit Line | $5,000 |
| Cash Advance Credit Line Available | $561 |

You may be able to avoid interest on Purchases.
See reverse for details

## PAYMENT INFORMATION

| **New Balance** | **$42,438.49** |
|---|---|
| Minimum Payment Due | $849 00 |
| Payment Due Date | June 8, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 00

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance  For example

| If you make no additional charges using this card and each month you pay. | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 33 years | $79,350 |
| $1,356 | 3 years | $48,804 (Savings= $30,546) |

If you would like information about credit counseling services, call 1-800-347-1121

## REWARDS

| **_Cashback Bonus®_** | | Anniversary Month April |
|---|---|---|
| Opening Balance | $ | 47 33 |
| New Cashback Bonus This Period | | |
| Cashback Match | + $ | 305 99 |
| Everywhere Else | + $ | 4 28 |
| Redeemed This Period | - $ | 47 33 |
| **Cashback Bonus Balance** | **$** | **310.27** |

To learn more, log in at **Discover com**

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Make Check payable to Discover. Do Not Send Cash.**
**Please fold on the perforation below, detach and return with your payment**

**Payment Coupon**
Please do not fold, clip or staple.

**Pay Online**
Discover.com

**Pay by Phone**
1-800-347-3085

| Account number ending in | 6168 |
|---|---|
| Minimum Payment Due | $849 00 |
| New Balance | $42,438.49 |
| **Payment Due Date** | June 8, 2018 |
| **Amount enclosed** | $ |

CYNTHIA L MICKLES
1480 MISTY LN
BOLINGBROOK IL 60490-2036



PO BOX 6103
CAROL STREAM IL 60197-6103

040129097

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day
**Address, e-mail or telephone changed?** Note changes on reverse side

**Important Information**
See your Cardmember Agreement Your Cardmember Agreement contains all the terms of your Account

**Lost or stolen cards.** Report immediately! Call **1-800-347-3085**.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https //discover cam/billingerromotice You must contact us within 60 days after the error appeared on your statement You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question The Billing Rights Notice further explains your rights Please see your Cardmember Agreement or visit https //discover cam/billingrights for a copy of this Notice

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back

**Please do not send cash**. Sending cash is not allowed The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103 Please allow 7-10 days for delivery If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit Payments made online or by phone will be credited as of the day of receipt if made by Midnight ET on the Payment Due Date or 5PM ET on any other day

You can also make a Payment or set up automatic payments by calling 1-800-347-3085 Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday In order to schedule monthly payments by telephone, you will need this statement and your bank account information You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment You can cancel a scheduled payment by phone at 1-800-347-3085 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, payment cancellations must be received before 5 PM ET of the scheduled withdrawal date

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U S law

You can set automatic payments for (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records

Amount ☐ Full Pay_____ ☐ Min Pay_____ ☐ Min Pay+ $_____,
☐ Other Amount$_____, Bank Routing # _____,
Bank Account #_____,

Monthly on the ☐ Payment Due Date

☐_____ Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report We normally report the status and payment history of your Account to credit reporting agencies each month If you believe that our report is inaccurate or incomplete, please write us at this address Discover, PO Box 15316, Wilmington, DE 19850-5316 Please include your name, address, home telephone number and Account number

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February) We will not charge you any interest on Purchases if you pay your entire balance by the due date each month We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate For more information, please call us at 1-800-347-3085

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate It shows this for each transaction category The Balance Subject to Interest Rate is the average of the daily balances during the billing period

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement A credit balance is money that is owed to you You may make charges against this amount if your Account is open We will send you a refund of any remaining balance of $1 00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes

The Discover® card is issued by Discover Bank, Member FDIC DIT23-26 0218

# CHANGE OF ADDRESS

If correct on front, do not use Please print clearly in blue or black ink, in the space provided

| Street Address | | Home Phone | |
| --- | --- | --- | --- |
| | | Work Phone | |
| City | | Email | |
| State, Zip 040129097 | | | |

To make changes to your address, email or telephone number, visit Discover.com

Continued on next page

# DISC●VER

Discover it® Card

Account number ending in 6168

Open Date  Apr 14, 2018 - Close Date  May 13, 2018

Page 3 of 6

## CONTACT US

|  Web |  Mobile |  Phone |  Inquiry | Mail Payments |
|---|---|---|---|---|
| Access your account securely at Discover com | Manage your account anytime, anywhere at m Discover.com | 1-800-347-3085 TDD 1-800-347-7449 | Discover PO Box 30943 Salt Lake City UT 84130 | Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Apr 14 | Apr 14 | INTERNET PAYMENT - THANK YOU | $ | -289 67 |
| **Award and Rebate Credits** | Apr 14 | Apr 14 | CASH8ACK 8ONUS REDEMPTION PYMT/STMT CRDT | $ | -47 33 |
| **Merchandise** | Apr 23 | Apr 23 | ZAP*ZAPPOS.COM 800-927-7671 NV | $ | 148 74 |
| | Apr 24 | Apr 24 | UNDER ARMOUR DIRECT VIRT 888-427-6687 MD | | 21 25 |
| | Apr 24 | Apr 24 | UNDER ARMOUR DIRECT VIRT 888-427-6687 MD | | 42 50 |
| **Services** | May 2 | May 2 | COMED PAYMENT 800-334-7661 IL 45197773133 | $ | 214 79 |
| **Balance Transfers** | Apr 14 | Apr 14 | BT TO CKING BANK OF AMERICA, NA **4652TI APR 0 00% EXPIRES 05/2019 | $ | 25,000 00 |
| **Fees** | Apr 14 | Apr 14 | BAL TRANS FEE | $ | 500 00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | 500 00 |
| **Interest Charged** | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | 0 00 |

## 2018 Totals Year-to-Date

| | | |
|---|---|---|
| **TOTAL FEES CHARGED IN 2018** | $ | 500 00 |
| **TOTAL INTEREST CHARGED IN 2018** | $ | 0 00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:30 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 0 00% | 07/13/18 | $4,496 00 | $0 00 |
| Cash Advances | 26 49% V | N/A | $0 00 | $0 00 |
| Balance Transfers | 0 00% | 11/13/18 | $12,247 74 | $0 00 |
| 8alance Transfers | 0 00% | 05/13/19 | $25,500 00 | $0 00 |

V=Variable Rate

\*   If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect  This includes, if applicable, ony lower rates as authorized under the Servicemembers Civil Relief Act

\*\*  This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer  Please note  Changing your payment due date may change your Promo APR Expiration Date.

\*\*\* For more information, please call us at 1-800-347-2683

040129097

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

## Information For You

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover com and cardmembers are also provided a score on statements Customers will see up to a year of recent scores online Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683) Please give us two billing cycles to process your request

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include if you opt out, if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®, if your credit history is too new, if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off, if you have a foreign address Your FICO® Score is disclosed on statements when your statement is available You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days

040129097

**DISCOVER**

Discover it® Card

Account number ending in 6168
Open Date  Apr 14, 2018- Close Date  May 13, 2018
Cardmember Since 2017

Page 5 of 6

040129097

CYNTHIA L MICKLES Case 18-00869 Doc 1 Filed 10/26/18 Open Date Entered 10/26/18 14:08:58 Close Date May 13 2038 Desc Main Page 6 of 6

Document    Page 10 of 16

040129097

# DISCOVER®

## Discover it® Card

Account number ending in 6168
Open Date May 14, 2018- Close Date Jun 13, 2018
Cardmember Since 2017

Page 1 of 6

## ACCOUNT SUMMARY

| Previous Balance | | $42,438.49 |
|---|---|---|
| Payments and Credits | + | $0 00 |
| Purchases | + | $515 31 |
| Balance Transfers | + | $0 00 |
| Cash Advances | + | $0 00 |
| Fees Charged | + | $0 00 |
| Interest Charged | + | $0 00 |
| New Balance | | $42,953.80 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| Credit Line | $43,000 |
|---|---|
| Credit Line Available | $46 |
| Cash Advance Credit Line | $5,000 |
| Cash Advance Credit Line Available | $46 |

You may be able to avoid interest on Purchases.
See reverse for details

## PAYMENT INFORMATION

| **New Balance** | **$42,953.80** |
|---|---|
| Minimum Payment Due * | $1,709 00 |
| Payment Due Date | July 8, 2018 |
| * Includes past due amount of | $849 00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 00

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance For example

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 33 years | $80,402 |

If you would like information about credit counseling services, call 1-800-347-1121

## REWARDS

| **Cashback Bonus®** | | Anniversary Month April |
|---|---|---|
| Opening Balance | $ | 310 27 |
| New Cashback Bonus This Period Everywhere Else | + $ | 5 15 |
| Redeemed This Period | - $ | 300 00 |
| **Cashback Bonus Balance** | **$** | **15.42** |

To learn more, log in at **Discover.com**

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Make Check payable to Discover. Do Not Send Cash.**
**Please fold on the perforation below, detach and return with your payment**

**Payment Coupon**
Please do not fold, clip or staple.

**Pay Online**
Discover.com

**Pay by Phone**
1-800-347-3085

| Account number ending in | 6168 |
|---|---|
| Minimum Payment Due | $1,709 00 |
| New Balance | $42,953 80 |
| **Payment Due Date** | July 8, 2018 |
| **Amount enclosed** | $ |

CYNTHIA L MICKLES
1480 MISTY LN
BOLINGBROOK IL 60490-2036



PO BOX 6103
CAROL STREAM IL 60197-6103

040 129097

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day
**Address, e-mail or telephone changed?** Note changes on reverse side

## Important Information
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account

**Lost or stolen cards.** Report immediately! Call **1-800-347-3085.**

## What To Do If You Think You Find A Mistake On Your Statement:
If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https //discover.cam/billingerromotice You must contact us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. Please see your Cardmember Agreement or visit https //discover cam/billingrights for a copy of this Notice

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be far the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. Payments made online or by phone will be credited as of the day of receipt if made by Midnight ET on the Payment Due Date or 5PM ET on any other day

You can also make a Payment or set up automatic payments by calling 1-800-347-3085. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-3085 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, payment cancellations must be received before 5 PM ET of the scheduled withdrawal date

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U S. law

You can set automatic payments far (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only far the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records

Amount: ☐ Full Pay_____ ☐ Min Pay_____ ☐ Min Pay+ $_____,
☐ Other Amount $_____, Bank Routing # _____,
Bank Account #_____,

Monthly on the ☐ Payment Due Date

☐_____Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home telephone number and Account number

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. Far more information, please call us at 1-800-347-3085

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1 00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise

Discover may monitor and/or record telephone calls between you and Discover representatives far quality assurance purposes

The Discover® card is issued by Discover Bank, Member FDIC   DIT23-26 0218

# CHANGE OF ADDRESS

If correct an front, do not use. Please print clearly in blue or black ink, in the space provided

| Street Address | | Home Phone | |
| --- | --- | --- | --- |
| | | Work Phone | |
| City | | Email | |
| State Zip 040129097 | | | |

To make changes to your address, email or telephone number, visit Discover.com

Continued on next page

 **DISCOVER®**

Discover it® Card

Account number ending in 6168
Open Date May 14, 2018 - Close Date Jun 13, 2018

Page 3 of 6

# CONTACT US

| | Web Access your account securely at Discover com | | Mobile Manage your account anytime, anywhere at m Discover.com | | Phone 1-B00-347-30B5 TDD 1-800-347-7449 | | Inquiry Discover PO Box 30943 Salt Lake City UT 84130 | | Mail Payments Discover PO Box 6103 Coral Stream IL 60197-6103 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | |  | |  | |  | | | | |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Merchandise | May 16 | May 16 | YOGAOUTLET COM 877-277-2795 CA | $ | 146 94 |
| Restaurants | May 15 | May 15 | TOG #1549 00015495140 BOLINGBROOK IL | $ | 87 30 |
| Travel/Entertainment | May 15 | May 15 | GAMESTOP #4774 BOLINGBROOK IL | $ | 67 4B |
| Department Store | May 15 | May 15 | KOHL'S #0019 BOLINGBROOK IL | $ | 213 59 |
| Fees | Jun 8 | Jun B | FIRST LATE PAYMENT - NO FEE | $ | 0 00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | 0 00 |
| Interest Charged | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | 0 00 |

## 2018 Totals Year-to-Date

| | | |
|---|---|---|
| **TOTAL FEES CHARGED IN 2018** | $ | 500 00 |
| **TOTAL INTEREST CHARGED IN 201B** | $ | 0 00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account

Current Billing Period:31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 0 00% | 07/13/18 | $5,184 69 | $0 00 |
| Cash Advances | 26 49% V | N/A | $0 00 | $0 00 |
| Balance Transfers | 0 00% | 11/13/18 | $12,247 74 | $0 00 |
| Balance Transfers | 0 00% | 05/13/19 | $25,500 00 | $0 00 |

V=Variable Rate

\* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act

\*\* This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer Please note Changing your payment due date may change your Promo APR Expiration Date

\*\*\* For more information, please call us at 1-800-347-2683

040129097

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

CYNTHIA L MICK Case 18-00869 Account number ending Filed 10/26/18 Open Date Entered May 10/26/18 14:08:58 Desc Main Page 4 of 6

Document     Page 14 of 16

## Information For You

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover com and cardmembers are also provided a score on statements Customers will see up to a year of recent scores online Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683) Please give us two billing cycles to process your request

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include if you opt out, if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®, if your credit history is too new, if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off, if you have a foreign address Your FICO® Score is disclosed on statements when your statement is available You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days

040129097



**Discover it® Card**

Account number ending in 6168
Open Date  May 14, 2018- Close Date  Jun 13, 2018
Cardmember Since 2017

Page 5 of 6

040129097

CYNTHIA L MICKLES   Case 18-00868   Doc 1   Filed 10/26/18   Account number ending in 13/2018   Open Date May 10/26/18 14:08:58   Close Date n 13,2018   Desc Main   Page 6 of 6

Document       Page 16 of 16

040129097